UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 08-11535-RGS

ANTHONY ROBINSON

v.

PETER ST. AMAND

<u>ORDER ON MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION</u>

March 29, 2010

STEARNS, D.J.

The Report and Recommendation of Magistrate Judge Dein is <u>ADOPTED</u> and the Petition is <u>DISMISSED</u> with prejudice.[1]  The Clerk will enter the dismissal and close the case.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE

---

[1] The court notes that petitioner did not file an Objection to the Report and Recommendation.